# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

### 3:12-cv-00175-TCB
### Walker et al v. Tensor Machinery, LTD et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 11/17/2014.

TIME COURT COMMENCED: 10:40 A.M.
TIME COURT CONCLUDED: 11:55 A.M.      COURT REPORTER: Lori Burgess
TIME IN COURT: 1:15                   DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Thomas Blaska representing Jock L. Walker |
| | Jason Hergenroether representing Tensor Fiber Optic Technologies, LTD |
| | Brian Parker representing Jock L. Walker |
| | ** Dana Norman and Charles Blaska for Plaintiffs |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [51]Motion for Summary Judgment DENIED |
| | [54]Motion to Exclude DENIED |
| | [66]Motion to Exclude DENIED |
| | [73]Motion for Leave to File GRANTED |
| MINUTE TEXT: | The Court heard arguments and orally ruled as indicated. Trial is set for 1/26/15 at 9:30 in the third floor courtroom in Newnan. |